# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 30, 2015

## NO. 03-13-00767-CV

**M&M Orthodontics, PA, Appellant**

**v.**

**Christine Ellis; Texas Health and Human Services Commission;
Dr. Kyle Janek, in his Official Capacity; Rick Gilpin, in his Official Capacity;
and the Office of the Inspector General, Appellees**

**APPEAL FROM 53RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
VACATED AND DISMISSED FOR WANT OF JURISDICTION –
OPINION BY JUSTICE PURYEAR**

This is an appeal from the judgment signed by the trial court on November 14, 2013. Having reviewed the record, it appears to the Court that appellant's appeal is moot because no further controversy exists between the parties. Therefore, the Court vacates the trial court's judgment and dismisses the appeal as moot. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.